Dale Owen DUSTIN, Plaintiff–
Appellant,

v.

R. TOWNSEND, Captain MCSP;
et al., Defendants–Appellees.

No. 06–15953.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 20, 2009.*

Filed Jan. 27, 2009.

Dale Owen Dustin, Delano, CA, pro se.

Before O'SCANNLAIN, SILVERMAN
and BYBEE, Circuit Judges.

MEMORANDUM **

Upon review of the record and appellant's opening brief, this court hereby summarily affirms the district court's final

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

judgment. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

**AFFIRMED.**